IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: CHAMBERS, Travis & Janice C Chambers )
                                                        )    Case No. 08-15611-BH
                                                        )    Chapter 7

## AMENDED PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

     Robert D. Garrett, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

     The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CHECK NUMBER | CLAIMANT & ADDRESS | AMOUNT |
|---|---|---|---|
| 1-1 | 105 | Recovery Management Systems Corp<br>For Capital Recovery II, Assignee of<br>Bank of America<br>25 S E 2nd    #1120<br>Miami, FL 33131-1605 | $0.70 |
| 2-1 | 105 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $0.79 |
| 3-1 | 105 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $0.59 |
| 4U-1 | 105 | Oklahoma Tax Commission<br>Legal Division<br>120 N Robinson, #2000<br>Oklahoma City, OK 73102-7801 | $0.01 |

1

| CLAIM NUMBER | CHECK NUMBER | CLAIMANT & ADDRESS | AMOUNT |
|---|---|---|---|
| 5-1 | 105 | Chase Bank, USA<br>PO Box 15145<br>Wilmington, DE 19850 | $1.56 |
| 6-1 | 105 | Chase Bank, USA<br>PO Box 15145<br>Wilmington, DE 19850 | $4.03 |
| 7-1 | 105 | PYOD LLC its successors and assigns<br>as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $2.47 |
| 8-1 | 105 | American Express Centurion Bank<br>c/o Beckett & Lee<br>PO Box3001<br>Malvern, PA 19355-0701 | $0.70 |
| 9-1 | 105 | American Express Centurion Bank<br>c/o Beckett & Lee<br>PO Box3001<br>Malvern, PA 19355-0701 | $0.35 |
| 10U-1 | 105 | Internal Revenue Service<br>DPN 781<br>PO Box 21125<br>Philadelphia, PA 19114 | $0.04 |
| 11-1 | 105 | FIA Card Services, NA/ Bank of America<br>By American Infosource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $0.69 |
| | **TOTAL** | $11.93 | |

DATED: November 2, 2009

2

<u>s/Robert D Garrett</u>
Robert D. Garrett, Trustee
PO Box 32427
Oklahoma City, OK 73123-0627
405-722-4335